# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>RAMON FUENTOS-RAMOS,<br><br>　　　　　　　　　　　　　Defendant. | CASE NO. 09cr4561 JM<br><br>ORDER DENYING MOTION FOR FINAL DISPOSITION |

On or about October 18, 2014, Defendant filed a Motion for Final Disposition ("Motion"). Defendant, presently incarcerated on another federal criminal conviction until 2023, seeks to adjudicate allegations that he violated the terms of supervised release imposed in the above referenced action. A detainer has been lodged against Defendant while serving his custodial sentence at the F.C.I. Herlong facility for the unrelated federal crime. The Motion seeks immediate sentencing, including credit for time served in the unrelated case or imposition of a concurrent sentence. The court does not reach the merits of the Motion.

Defendant is not presently in custody on a warrant for a supervised release violation, but is in custody pursuant to a sentence imposed in a separate case. Consequently, Rule 32.1(b)(1) does not apply to Defendant. Once Defendant "is in custody for violating a condition of probation or supervised release," Fed.R.Crim.P. 32.1(b)(1)(A), Defendant will receive a prompt hearing as required by Rule 32.1(b).

1  Further, Defendant cannot demonstrate any prejudice if a revocation hearing is
2  conducted after he completes the sentence in the unrelated case because the delay in
3  the revocation hearing is due solely to his own conduct.  See United States v.
4  Wickham, 618 F.2d 1307 (9th Cir. 1979).
5      In sum, the Motion is denied.
6      **IT IS SO ORDERED.**
7  DATED:  October 28, 2014

8                                          _____
                                            Hon. Jeffrey T. Miller
9                                           United States District Judge

   cc:        All parties